

IN THE
TENTH COURT OF APPEALS

No. 10-22-00215-CR

IN RE WILLIAM CHARLES WEBB

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-675-C2

Original Proceeding



IN THE
TENTH COURT OF APPEALS

No. 10-22-00216-CR

IN RE WILLIAM CHARLES WEBB

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-678-C2

---

## Original Proceeding

---

# ABATEMENT ORDER

---

In these two proceedings, Webb requests DNA testing of four items. After prior efforts to obtain such testing, an attorney was appointed to represent him in appellate cause numbers 10-22-00028-CR and 10-22-00040-CR, but it does not appear that a motion for DNA testing has been filed by appointed counsel.[1] There is nothing in the record available to us that indicates why a motion for DNA testing has not been filed by appointed counsel. Accordingly, we abate this proceeding to the trial court to hold a status hearing to determine the status of the motions, if any, for DNA testing; whether motions for DNA testing will be filed by appointed counsel; and if so, when will they be filed. The trial court shall conduct the hearing within twenty-one (21) days after the date

---

[1] Since 2018, Webb has filed numerous Chapter 64 proceedings seeking to review orders denying appointment of counsel and post-conviction DNA testing on various items. *See generally In re Webb*, No. 10-22-00040-CR, 2022 Tex. App. LEXIS 1276 (Tex. App.—Waco Feb. 23, 2022, orig. proceeding) (mem. op., not designated for publication); *In re Webb*, No. 10-22-00028-CR, 2022 Tex. App. LEXIS 1281 (Tex. App.—Waco Feb. 23, 2022, orig. proceeding) (mem. op., not designated for publication); *In re Webb*, No. 10-20-00292-CR, 2021 Tex. App. LEXIS 8509 (Tex. App.—Waco Oct. 20, 2021, orig. proceeding) (mem. op., not designated for publication); *Webb v. State*, No. 10-18-00170-CR, 2021 Tex. App. LEXIS 8527 (Tex. App.—Waco Oct. 20, 2021, no pet.) (mem. op., not designated for publication); *In re Webb*, No. 10-21-00069-CR, 2021 Tex. App. LEXIS 3934 (Tex. App.—Waco May 19, 2021, orig. proceeding) (mem. op., not designated for publication); *Webb v. State*, No. 13-18-00578-CR, 2019 Tex. App. LEXIS 5081 (Tex. App.—Corpus Christi June 20, 2019, no pet.) (mem. op., not designated for publication); *In re Webb*, No. 10-18-00113-CR, 2018 Tex. App. LEXIS 2952 (Tex. App.—Waco Apr. 25, 2018, orig. proceeding) (mem. op., not designated for publication); *In re Webb*, No. 10-18-00036-CR, 2018 Tex. App. LEXIS 1066 (Tex. App.—Waco Feb. 7, 2018, orig. proceeding) (mem. op., not designated for publication).

of this order. The trial court clerk and court reporter shall file supplemental records within thirty-five (35) days after the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Smith, and
        Justice Wright[2]
Proceedings abated
Order issued and filed August 26, 2022
Do not publish



---

[2] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.